In re: Yvonne B. JONES Debtor.

Yvonne B. Jones, Appellant–Appellant,

v.

Linda K. Cardoso; Kimball, Tirey & St. John; Hellene Ashton; Washington Mutual Bank, fka American Savings Bank; Kerry Killinger, Appellees–Appellees.

Nos. 00–55038, 00–55055.
BAP Nos. CC–98–01425–BKT,
CC–98–01428–BKT.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 23, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Yvonne B. Jones appeals pro se the Bankruptcy Appellate Panel's ("BAP") decision affirming the bankruptcy court's decision granting summary judgment to defendants in Jones' adversary proceeding alleging violation of the automatic stay in her Chapter 13 bankruptcy. We have jurisdiction pursuant to 28 U.S.C. § 158(d).

We review decisions of the BAP de novo and independently review rulings of the bankruptcy court. *See Ardmor Vending Co. v. Kim (In re Kim)*, 130 F.3d 863, 865 (9th Cir.1997). We affirm the bankruptcy

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

1. Because the panel unanimously finds this case suitable for decision without oral argument, Jones' request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

court's rulings for the reasons stated in the BAP's Memorandum of September 10, 1999.

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2). Accordingly, we deny Stith's request for oral argument.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.